**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JEFFREY KILLIAN and** | **CIVIL ACTION:** |
| **BRANDY BANES** | **1:19cv01220-DDD-JPM** |
| *Plaintiffs* | |
| | |
| **VERSUS** | **JUDGE DEE D. DRELL** |
| | |
| **DEAN ANDERSON, CENTRA** | **MAG. JUDGE** |
| **TECHNOLOGY, INC. AND** | **JOSEPH H. L. PEREZ-MONTES** |
| **HANOVER INSURANCE COMPANY** | |
| *Defendants* | |

**CORPORATE DISCLOSURE STATEMENT**
**MASSACHUSETTS BAY INSURANCE COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Massachusetts Bay Insurance Company by and through their undersigned counsel, states the following:

Massachusetts Bay Insurance Company is a wholly owned subsidiary of The Hanover Insurance Company. The Hanover Insurance Company is a wholly owned subsidiary of Opus Investment Management, Inc., which in turn is a wholly owned subsidiary of The Hanover Insurance Group, Inc. No publicly traded entity owns more than 10% of the outstanding shares of The Hanover Insurance Group, Inc.

The Massachusetts Bay Insurance Company is an insurance company organized under the laws of New Hampshire with its principle place of business located in Massachusetts.

Dated this 30th day of June, 2020.

                                                Respectfully submitted,

                                                **/s/ PAUL M. LAVELLE (08134)**
                                                CHRISTINE CHANGHO BRUNEAU (25366)
                                                SARAH PERKINS REID (33311)
                                                Cotten Schmidt, L.L.P.
                                                650 Poydras Street, Suite 1950
                                                New Orleans, LA  70130

Telephone:  504/568-9393
Facsimile:   504/524-1933
plavelle@cottenschmidt.com
cbruneau@cottenschmidt.com
sreid@cottenschmidt.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 30, 2020, I presented the foregoing Corporate Disclosure Statement of Massachusetts Bay Insurance Company to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

**LAURA B. KNOLL**
Brian M. Caubarreaux & Associates
4501 Jackson Street, Ext Suite A
Alexandria, LA  71303
Telephone:  (318) 445-0900
Facsimile:    (318) 445-0940
laura@caubarreaux.com
*LEAD ATTORNEY TO BE NOTICED*
*FOR JEFFREY KILLIAN AND BRANDY BANES*

**BRIAN M. CAUBARREAUX**
Brian M. Caubarreaux & Associates
4501 Jackson Street, Ext Suite A
Alexandria, LA  71303
Telephone:  (318) 445-0900
Facsimile:    (318) 445-0940
brian@caubarreaux.com
ATTORNEY TO BE NOTICED

**EUGENE A. LEDET, JR.**
Brian M. Caubarreaux & Associates
4501 Jackson Street, Ext Suite A
Alexandria, LA  71303
Telephone:  (318) 445-0900
Facsimile:    (318) 445-0940
genel@caubarreaux.com
ATTORNEY TO BE NOTICED

**/s/ PAUL M. LAVELLE (08134)**
