UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **JEFFREY KILLIAN and BRANDY BANES** | * CIVIL ACTION NO. 1:19-CV-01220 |
| | * |
| | * JUDGE DEE D. DRELL |
| **VERSUS** | * |
| | * MAG. JUDGE PEREZ-MONTES |
| **DEAN ANDERSON, CENTRA TECHNOLOGY INC, AND THE HANOVER INSURANCE COMPANY** | * * * |

## MOTION TO ENROLL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come plaintiffs, **JEFFREY KILLIAN AND BRANDY BANES** who move this Honorable Court for an Order enrolling **EMILY GREMILLION**, as co-counsel of record for plaintiff.

RESPECTFULLY SUBMITTED:

**BRIAN CAUBARREAUX & ASSOCIATES**

BY:      s//Emily Gremillion
BRIAN M. CAUBARREAUX #21522
EUGENE A. LEDET, JR, #19681
**EMILY GREMILLION, # 31177**
ETHAN E. CAUBARREAUX, #38694
2204 MacArthur Drive
Alexandria, Louisiana 71301
Telephone: (318) 442-0900
Facsimile: (318) 483-9991
*Attorneys for Plaintiff*