# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **JEFFREY KILLIAN ET AL** | **CRIMINAL ACTION NO.: 1:19-cv-1220** |
| **VERSUS** | **JUDGE DEE D. DRELL** |
| **DEAN ANDERSON ET AL** | **MAG. JUDGE PERES-MONTES** |

## MINUTE ENTRY

The pretrial conference set for April 15, 2021 at 1:30 p.m. is **RESET** for May 21, 2021 at 10:30 a.m.

SIGNED this 19TH day of March 2021 at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT